No. 4533.—Alvira, aplda., *v.* Ayala, aplte.—C. D. Humacao. Abril 10, 1928. Vista la moción del apelado para que desestimemos esta apelación y apareciendo que tratándose de una sentencia dictada en juicio de desahucio el apelante no ha cumplido con el requisito del artículo 12 de la ley de desahucio sobre prestación de fianza, se desestima esta apelación.

No. 4546.—Carbia, apldo., *v.* Asamblea Mpal. de San Juan, aplte.—C. D. San Juan. Abril 10, 1928.

Por cuanto esta apelación fué interpuesta el día 11 de febrero de 1928 en un recurso de *certiorari* contra la Asamblea Municipal de San Juan en el que no se practicó prueba.

Por cuanto la transcripción de los autos no fué presentada en este tribunal hasta el 5 de abril siguiente, después de haber transcurrido los treinta días que para tal fin tenía el apelante y después de haber sido radicada el 15 de marzo la moción del apelado para que por tal motivo desestimemos la apelación.

Por cuanto la apelante no ha solicitado de este tribunal que se le prorrogue el término de treinta días que tiene para presentarnos la transcripción de los autos.

Por cuanto este tribunal es el único que tiene facultad para prorrogar dicho término.

Por tanto, vista la regla 40 de este tribunal y nuestras decisiones en los casos de *Hernández* v. *Quiñones,* 34, D.P.R. 720; *Asamblea Municipal* v. *Corte* y *Sosa* v. *Manzano Aviñó,* 36 D.P.R. 723 y 731, respectivamente, debemos desestimar y desestimamos la presente apelación.